Submitted on petition for review August 11, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals with instructions November 18, 1993

In the Matter of the Compensation of
Mary E. Coleman, Claimant.

Mary E. COLEMAN,
*Petitioner on Review,*

*v.*

LAMB-WESTON, INC.,
*Respondent on Review.*

(WCB 90-16879; CA A75971; SC S40433)

862 P2d 101

Mary Ellen Coleman, petitioner on review *pro se*, filed the petition for review.

No appearance *contra*.

MEMORANDUM OPINION

## MEMORANDUM OPINION

Neither this court nor the Court of Appeals had jurisdiction of this appeal, because the petition for judicial review was not timely served on the Workers' Compensation Board, as required by ORS 656.298(3). *Southwest Forest Industries v. Anders*, 299 Or 205, 218-19, 701 P2d 432 (1985). Accordingly, the petition for review is allowed, the decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals with instructions to dismiss the petition for judicial review.